# IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **HAROLD HANN,** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.:** |
| | ) |
| **GOLDEN CORRAL** | ) |
| **CORPORATION, et al.** | ) |
| | ) |
| **Defendant(s).** | ) |

## CERTIFICATE OF REMOVAL

Defendant, Golden Corral Corporation, hereby certifies that on this the 21st day of August , 2020, the above-styled action was removed to this Court and a copy of the Notice of Removal was forwarded to the Clerk of the Circuit Court of Cullman County, Alabama for filing therein.

Respectfully submitted this the 21st day of August, 2020.

/s/ Glenn E. Ireland
GLENN E. IRELAND (ASB-4158-e51g)
Attorney for Defendant,
Golden Corral Corporation

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile:  (205) 822-2057
Email:  cireland@carrallison.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 21st day of August, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

  _____ Facsimile transmission;
  _____ Hand Delivery;
  _____ Placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid to; and/or
   XX  Using the Alafile or CM/ECF system which will send notifications of such to the following:

Carson S. Hale, Esq.
Slocumb Law Firm, LLC
145 E. Magnolia Ave
Suite 201
Auburn, Alabama 36830
chale@slocumblaw.com

        /s/ Glenn E. Ireland
        OF COUNSEL